JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIRK GOLTERMANN, et al., individually, and on behalf of themselves and all other similarly situated individuals,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SAN GABRIEL, a municipal corporation,<br><br>        Defendant. | Case No. 2:19-cv-09575 JGB(PLAx)<br><br>**RULE 68 JUDGMENT**<br><br>Action Filed:       November 7, 2019<br><br>Rule 68 Offer<br>of Judgment Accepted:   April 24, 2020 |

    Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, judgment is hereby entered under the terms of Defendant's Second Rule 68 Offer of Judgment to Plaintiffs, which was timely accepted by Plaintiffs and filed with this Court on April 24, 2020. (Doc. 35). A true and correct copy of the Second Rule 68 Offer of Judgment to Plaintiffs is attached hereto as Exhibit "A".

    The full and complete terms of the accepted Rule 68(a) Offer (Doc. 35) are hereby adopted as the full and complete Judgment of the Court.

    JUDGMENT IS SO ENTERED

Dated: June 12, 2020

CLERK OF COURT
United State District Court

By: _____
M. Galvez, Deputy Clerk

-1-

RULE 68 JUDGMENT - Case No. 2:19-cv-09575 JGB(PLAx)
235768.1

ARTHUR A. HARTINGER (SBN 121521)
Email: ahartinger@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
Email: swilson@publiclawgroup.com
RYAN McGINLEY-STEMPEL (SBN 296182)
Email: rmcginleystempel@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7320

Attorneys for Defendant
CITY OF SAN GABRIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIRK GOLTERMANN; PHILIP APPARIS; CHRISTIN BACKLEY; ERIC CALISHER; BRADLEY DAVIS; CHRISTOPHER EAKMAN; CHRISTOPHER LEE FETNER; JACOB GUSTAFSON; SEAN IRWIN; HRAG JIVALAGIAN; GREGORY KERNODLE; JAMES MILLER; DAVID MILLIGAN; KEVIN MURPHY; ANTONIO NEGRETE; BRENT CURTIS PATTISON; SHANE SALAZAR; TAKAHIRO SUZUKI; AARON TERRY; CUONG TRAN; DENNIS BARWICK; DERRICK DOEHLER; BRYAN FRIEDERS; VANESSA MURPHY; DAVID PACELA; ARTHUR STAFFORD; ERIK WALTON; JORDAN MILLER; individually, and on behalf of themselves and all other similarly situated individuals,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF SAN GABRIEL, a municipal corporation,<br><br>     Defendant. | Case No. 2:19-cv-09575 JGB(PLAx)<br><br>**SECOND RULE 68 OFFER OF JUDGMENT TO PLAINTIFFS; NOTICE OF ACCEPTANCE**<br><br>Action Filed:  November 7, 2019 |

-1-

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Defendant City of San Gabriel ("Defendant" or "City") hereby offers to allow entry of judgment against Defendant pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

## RECITALS

WHEREAS, this is an action brought under the Fair Labor Standards Act ("FLSA");

WHEREAS Plaintiffs are a group of former or current firefighters employed by Defendant City of San Gabriel who claim Defendant improperly excluded the value of the City's medical cafeteria plan, known as the Flexible Benefit Plan, from Plaintiffs' FLSA regular rate of pay, resulting in FLSA overtime underpayments;

WHEREAS, in *Flores v. City of San Gabriel*, 824 F.3d 890 (9th Cir. 2016), the U.S. Court of Appeals for the Ninth Circuit held that the entire value of the City's Flexible Benefit Plan needed to be included in the FLSA regular rate of pay;

WHEREAS, Defendant previously served a Rule 68 offer on Plaintiffs which was not accepted by Plaintiffs within the 14-day deadline, and is therefore deemed withdrawn by operation of law;

WHEREAS, subsequent to serving the prior Rule 68 offer, an additional Plaintiff filed papers to join this lawsuit, and his claims are addressed in this Second Rule 68 Offer; and

WHEREAS, without admitting liability, in an effort to conserve litigation costs, Defendant City, pursuant to Rule 68 of the Federal Rules of Civil Procedure, agrees to resolve this case by allowing judgment to be entered against the City, as follows:

**NOW, THEREFORE, FOR GOOD CAUSE SHOWING, IT IS HEREBY ADJUDGED THAT:**

1. According to the Ninth Circuit's holding in *Flores v. City of San Gabriel*, 824 F.3d 890 (9th Cir. 2016), prior to August 19, 2017, the City failed to include the value of the City Flexible Benefit Plan in Plaintiffs' FLSA regular rate of pay, which according

-2-

to the Ninth Circuit violated the FLSA.

2. Plaintiffs Philip Apparis, Dennis Barwick, Richard Beckman, Eric Calisher, Bradley Davis, Derrick Doehler, Christopher Eakman, Christopher Fetner, Gregory Fierro, Bryan Frieders, Kirk Goltermann, Charles Hisserich, Sean Irwin, James Miller, Jordan Miller, David Milligan, Monte Mitchell, Kevin Murphy, Vanessa Murphy, Antonio Negrete, Newton Ong, David Pacela, Brent Pattison, Arthur Stafford, Takahiro Suzuki, Aaron Terry, Cuong Tran, and Erik Walton have each claimed entitlement to unpaid overtime under the FLSA.  Pursuant to this Rule 68 Offer, Defendant hereby offers to allow judgment to be taken against Defendant in favor of each Plaintiff for the following respective amounts:

| Plaintiff | Amount |
|---|---|
| APPARIS, PHILIP | $15,101.00 |
| BARWICK, DENNIS | $5,322.52 |
| BECKMAN, RICHARD | $4,106.80 |
| CALISHER, ERIC | $12,736.84 |
| DAVIS, BRADLEY | $7,003.96 |
| DOEHLER, DERRICK | $70,369.72 |
| EAKMAN, CHRISTOPHER | $11,510.84 |
| FETNER, CHRISTOPHER | $4,970.24 |
| FIERRO, GREGORY | $9,994.64 |
| FRIEDERS, BRYAN | $4,231.44 |
| GOLTERMANN, KIRK | $25,184.84 |
| HISSERICH, CHARLES | $2,428.08 |
| IRWIN, SEAN | $25,816.16 |

| Plaintiff | Amount |
|---|---|
| MILLER, JAMES | $14,659.64 |
| MILLER, JORDAN | $2,386.52 |
| MILLIGAN, DAVID | $9,648.92 |
| MITCHELL, MONTE | $14,096.60 |
| MURPHY, KEVIN | $9,974.96 |
| MURPHY, VANESSA | $13,165.56 |
| NEGRETE, ANTONIO | $19,307.52 |
| ONG, NEWTON | $18,005.80 |
| PACELA, DAVID | $16,022.92 |
| PATTISON, BRENT | $6,487.36 |
| STAFFORD, ARTHUR | $11,569.88 |
| SUZUKI, TAKAHIRO | $7,264.20 |
| TERRY, AARON | $14,105.76 |
| TRAN, CUONG | $11,679.00 |
| WALTON, ERIK | $8,409.44 |
| **TOTAL** | **$375,561.16** |

3. The individual payments outlined in Paragraph 2 are based on the value of the City's Flexible Benefit Plan and overtime hours worked by each Plaintiff from August 19, 2014 through August 18, 2017. Fifty percent of each of the above amounts is and shall be characterized as back wages due to each Plaintiff and the other fifty percent of each amount is and shall be characterized as liquidated damages.

4. Plaintiffs Christin Backley, Jacob Gustafson, Hrag Jivalagian, Gregory Kernodle, Michael Rebolledo, and Shane Salazar were each hired by the City after August 19, 2017, after the City adjusted its payroll practices to comply with the *Flores*

-4-

decision. These Plaintiffs are unable to establish entitlement to any relief from Defendant and as such Defendant does not offer any amounts under this Rule 68 Offer to these Plaintiffs. Defendant's offer to Plaintiffs Backley, Gustafson, Jivalagian, Kernodle, Rebolledo, and Salazar is a mutual waiver of costs and fees.

5. Plaintiffs Leonard Hayes and Megan McCormick are not current or former employees of Defendant and Defendant does not offer any amounts under this Rule 68 Offer to these Plaintiffs. Defendant offers Plaintiffs Hayes and McCormick a mutual waiver of costs and fees.

6. In addition to the amounts offered above, Defendant offers $100,000 to Plaintiffs to compensate for all attorneys' fees, expert fees, and costs.  By accepting this Rule 68 Offer, this $100,000 shall be the only amount received by Plaintiffs for attorney's fees, expert fees, and costs and Plaintiffs shall not be entitled to bring any motion or submit any judicial request for additional attorney's fees, expert fees, and/or costs of suit.

7. To be validly accepted, all provisions and all amounts set forth of this Rule 68 Offer must be fully and completely accepted.  Any effort to accept just a portion of this Rule 68 Offer constitutes a rejection of this Rule 68 Offer.  Acceptance by less than all Plaintiffs shall also be deemed a rejection of this Rule 68 Offer.  *See Lang v. Gates*, 36 F.3d 73, 75 (9th Cir. 1994); *Amati v. City of Woodstock*, 176 F.3d 952, 958 (7th Cir. 1999).

8. To accept this Offer, Plaintiffs must sign the attached Notice of Acceptance and file a copy of this Offer of Judgment along with the executed Notice of Acceptance thereof with the Court within fourteen (14) days of the date of this Offer.

9. Defendant shall issue the payments described in this Offer of Judgment within 90 days of the filing of this Offer of Judgment and Plaintiffs' Notice of Acceptance with the Court.

10. This Offer is not an admission of liability by Defendant, but rather is made solely for the purpose of compromising disputed claims.

Dated: April 10, 2020

RENNE PUBLIC LAW GROUP

By: _____
Spencer J. Wilson

Attorneys for Defendant
CITY OF SAN GABRIEL

### Notice of Acceptance

Plaintiffs Philip Apparis, Dennis Barwick, Richard Beckman, Eric Calisher, Bradley Davis, Derrick Doehler, Christopher Eakman, Christopher Fetner, Gregory Fierro, Bryan Frieders, Kirk Goltermann, Charles Hisserich, Sean Irwin, James Miller, Jordan Miller, David Milligan, Monte Mitchell, Kevin Murphy, Vanessa Murphy, Antonio Negrete, Newton Ong, David Pacela, Brent Pattison, Arthur Stafford, Takahiro Suzuki, Aaron Terry, Cuong Tran, Erik Walton, Christin Backley, Jacob Gustafson, Hrag Jivalagian, Gregory Kernodle, Michael Rebolledo, Shane Salazar, Leonard Hayes, and Megan McCormick hereby accept the above Second Rule 68 Offer of Judgment on the terms stated above.

Dated:

RAINS LUCIA STERN ST. PHALLE
& SILVER, PC

By: /s/ Elizabeth Tourgeman
Elizabeth Tourgeman

Attorneys for Plaintiffs
KIRK GOLTERMANN, ET AL.

# PROOF OF SERVICE

I, the undersigned, am employed by RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am readily familiar with the business practices of this office. I am over the age of 18 and not a party to this action.

On April 10, 2020, I served the following document(s): **SECOND RULE 68 OFFER OF JUDGMENT TO PLAINTIFFS; NOTICE OF ACCEPTANCE** by the following method(s):

☐ **Overnight delivery**. I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **Electronic Mail.** Based on an agreement of the parties to accept service by e-mail, copies of the above document(s) in PDF format were transmitted to the e-mail addresses of the parties on the attached Service List on April 10, 2020.

## SERVICE LIST

| | |
|---|---|
| Elizabeth S. Tourgeman<br>Jacob A. Kalinski<br>Brian P. Ross<br>**RAINS LUCIA STERN ST. PHALLE & SILVER, PC**<br>16130 Ventura Blvd., Suite 600<br>Encino, California 91436<br>Tel:   747-221-7100<br>Fax:   747-221-7101<br>Email:     etourgeman@RLSlawyers.com<br>               jkalinski@RLSlawyers.com<br>               bross@RLSlawyers.com | *Attorneys for Plaintiffs* |

I declare under penalty of perjury under the laws of the United States of America.

Executed on April 10, 2020 at Dublin, California.

_____
Bobette M. Tolmer

-7-

SECOND RULE 68 OFFER OF JUDGMENT TO PLAINTIFFS; NOTICE OF ACCEPTANCE - Case No. 2:19-cv-09575 JGB(PLAx)

# PROOF OF SERVICE

I am employed in the City of Santa Monica, State of California. I am over 18 years of age and not a party to this action. My business address is Rains Lucia Stern St. Phalle & Silver, PC, 16130 Ventura Blvd., Suite 600, Encino, CA 91436.

On the date below I served a true copy of the following document(s):

**SECOND RULE 68 OFFER OF JUDGMENT TO PLAINTIFFS; NOTICE OF ACCEPTANCE**

on the interested parties to said action by the following means:

☐ **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to Rains Lucia Stern St. Phalle & Silver, P.C., for delivery by an overnight delivery service to the address(es) shown below.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (310) 393-1486 to the attorney(s) or party(ies) shown below.

☐ **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of First Legal for guaranteed, same-day delivery to the address(es) shown below.

☐ **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

☒ **(BY E-MAIL or ELECTRONIC TRANSMISSION)** I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: April 24, 2020          /s/ *Michele Hengesbach*
                                Michele Hengesbach

**SERVICE LIST**

Arthur A. Hartinger
Spencer J. Wilson
Ryan McGinley-Stempel
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Tele: (415) 848-7200
Fax: (415) 848-7230
ahartinger@publiclawgroup.com
swilson@publiclawgroup.com
rmcginleystempel@publiclawgroup.com